# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>TIMOTHY MICHAEL SPENCER<br><br>*Defendant(s)* | Case No.<br>1:24-mj-00100-CL |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 13, 2024 and May 17, 2024   in the county of   Jackson   in the   District of   Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery |

This criminal complaint is based on these facts:
Please see attached Affidavit of Christopher Giovanetty

☑ Continued on the attached sheet.

S/Christopher Giovanetty
*Complainant's signature*

Christopher Giovanetty, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at   3:40   a.m./p.m.

Date:   5/21/24

Mark D. Clarke, United States Magistrate Judge
*Judge's signature*

City and state:   Medford, Oregon

Mark D. Clarke, United States Magistrate Judge
*Printed name and title*